# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 215-8 |
| | ) | |
| ARRON BERNARD CLARK, et al | ) | |

**ORDER**

Based upon the Government's Motion to Designate this Case as Complex and to Exclude Time under the Speedy Trial Act, and for good cause shown therein, it is hereby ORDERED:

The Court grants the Government's Motion and finds that the ends of justice served by designating this case as complex and excluding time under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. None of the Defendants has contested the motion. In making this determination, the Court has considered both the nature of the prosecution along with the volume and complexity of discovery produced by the Government, and concludes that absent a continuance under the Speedy Trial Act, it would be unreasonable to expect adequate preparation for trial or pretrial proceedings.

Therefore, the Court hereby scheduled to trial of this case to begin on Tuesday, September 29, 2015 at 9:00 am in Brunswick, Georgia. All proposed voir dire and

requests to charge submissions, as well as witness and exhibit lists are due to the Court seven days prior to trial.

SO ORDERED this 15 day of June, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA