# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ARRON BERNARD CLARK, | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-143 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:15-cr-8) |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16. Movant Arron Clark ("Clark") did not file Objections to this Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Clark's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

---

[1] Clark filed an interlocutory appeal of the Report and Recommendation. Dkt. No. 17. However, the filing of an interlocutory appeal did not divest this Court of jurisdiction. See Holloman v. McDonald, No. 5:05CV22-RH/WCS, 2005 WL 941137, at *3 (N.D. Fla. March 21, 2005). The Eleventh Circuit Court of Appeals dismissed that interlocutory appeal for lack of jurisdiction. Dkt. No. 21.

The Court **DENIES** Clark *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 22 day of October, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA